# United States Court of Appeals
## For the First Circuit

Nos. 15-1466
     15-1533

BERARDO A. QUILEZ-VELAR; MARTA BONELLI-CABAN;
BERARDO A. QUILEZ-BONELLI; CARLOS A. QUILEZ-BONELLI,

Plaintiffs, Appellants/Cross-Appellees,

v.

OX BODIES, INC.,

Defendant, Appellee/Cross-Appellant.

**ERRATA SHEET**

The opinion of this Court issued on May 9, 2016, is amended as follows:

On page 11, line 2, "alteration" is changed to "alterations".

On page 20, line 14, "up to the" is changed to "up to".